

**U.S. Department of Justice**

United States Attorney
Eastern District of Missouri

*Violent Crime Unit*

| | | |
|---|---|---|
| *PAUL J. D'AGROSA*<br>*Assistant United States Attorney* | *Thomas F. Eagleton U.S. Courthouse*<br>*111 South 10th Street, Rm. 20.333*<br>*St. Louis, Missouri 63102* | *Direct:* (314) 539-7634<br>*Office:* (314) 539-2200<br>*Fax:* (314) 539-2312 |

January 3, 2025

Ms. Cira Duffe
Mr. David Bruns
Attorney at Law
Attorney for Anjuan Mosby

  Re:  <u>United States v. ANJUAN MOSBY, et al.</u>
      Cause No. 4:24CR633SEP/NCC

Dear Counsel:

  As you are aware, your client was indicted by the Federal Grand Jury. In order to assist you in the determination of any relevant pretrial motions to be filed in this case, please be aware of the following information:

  1. DISCOVERY - The Government agrees to provide you with all relevant material within the purview of Federal Rule of Criminal Procedure 16.

  For your convenience, the discovery (including documents and recordings related to this matter) have been copied to the enclosed hard drive, which you provided to our office. An index is also being provided. The current production contains 97 GB of data.

  Should you have any problems viewing the discovery, please contact us. If you need any further specific information regarding the above matters, or any other matters, that will prevent the filing and litigation of any unnecessary pretrial motions, please do not hesitate to call us.

  2. ELECTRONIC SURVEILLANCE - The Government is not in possession of electronic surveillance, to include Title III intercepts.

  3. CONFIDENTIAL INFORMANTS - The Government did utilize confidential informants in the course of the investigation of this matter.

  4. JENCKS MATERIAL - The Government agrees to make all Jencks material available no later than the Friday preceding trial, conditioned upon the defendant's agreement to produce simultaneously statements of the defendant's witnesses.

  5. GRAND JURY TRANSCRIPTS - The Government agrees to produce, and make available for inspection, all Grand Jury transcripts to the extent they constitute Jencks material.

   6. OTHER CRIMES EVIDENCE - The Government agrees to advise the defendant of its intention to use evidence of other crimes during its case-in-chief. The Government agrees to make this disclosure prior to the trial of this cause.

   7. STATEMENTS OF DEFENDANT – If your client made statements to law enforcement, those statements or a summary of them is included.

   8. IDENTIFICATION OF DEFENDANT – To the extent there have been post-arrest identification procedures related to the charged events, they have been disclosed in the discovery materials listed below and the Government will continue to supplement any additional identification procedures as said information becomes available.

   9. PHYSICAL EVIDENCE - The Government possesses items of physical evidence seized from the Defendant. These items are available for inspection upon request.

   10. FAVORABLE EVIDENCE - The Government agrees to furnish any and all favorable evidence to the Defendant if and when its existence becomes known to the Government. At the present time, the Government does not have any favorable evidence.

 In order to avoid the need for filing motions pursuant to Federal Rules of Criminal Procedure 12.1(a), 16 and 26.2, the Government requests that:

   A. The defendant provide the United States a written notice of the defendant's intention to offer a defense of alibi, stating the specific place or places at which the defendant claims to have been at the time of the alleged offense and the names and addresses of the witnesses upon whom the defendant intends to rely to establish such alibi;

   B. The defendant provide the United States, or permit the United States to inspect and copy or photograph, books, papers, documents, photographs, tangible objects, or copies thereof, which are within the possession, custody or control of the defendant and which the defendant intends to introduce as evidence in chief at trial;

   C. The defendant provide the United States, or permit the United States to inspect and copy or photograph, any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to his testimony;

   D. The defendant provide the United States a written summary of testimony the defendant intends to use under Rules 702, 703 and 705 of the Federal Rules of Evidence as evidence at trial. This summary must describe the opinions of the witnesses, the bases and reasons therefor and the witnesses' qualifications;

   E. The defendant provide to the United States all statements of any defense witness that are in the defendant's possession and that relate to the subject matter to which the witness will testify.

 The Government requests that it receive the information regarding alibi requested in

Section A no later than the date of the pretrial motion hearing. The Government also requests that the defendant provide all information specified in Section E no later than noon on the Friday preceding trial to eliminate any delay in the trial of this cause.

    I would appreciate a written response prior to any pretrial motion hearing to determine whether I will have to file formal requests for a court order to enforce discovery compliance. I thank you in advance for your anticipated cooperation.

    Very truly yours,

    SAYLER A. FLEMING
    United States Attorney

    */s/ Paul J. D'Agrosa*
    PAUL J. D'AGROSA
    */s/ Ashley M. Walker*
    ASHLEY M. WALKER
    Assistant United States Attorneys

cc: Clerk, United States District Court