** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
Case: 4:24-cr-00633-SEP-NCC   Doc. #: 110   Filed: 12/09/25   Page: 1 of 1 PageID #: 275
TIME RECEIVED: December 8, 2025 at 9:10:38 AM EST | REMOTE CSID | DURATION 47 | PAGES 1 | STATUS Received

From:   To:13142447909   12/08/2025 08:09   #869 P.001/001

# OFFICE OF THE SHERIFF
## CRAWFORD COUNTY, MISSOURI

Darin J. Layman, Sheriff

PO Box BE, Steelville, Mo 65565
Telephone 573-775-2125
Fax 573-775-2126

### Inmate Attorney Request Form

Name: Anjuan Mosby                Date: 12/08/2025

Court Case #: 4:24-MJ-02321-JSD   Next Court Date: ___

Attorney: Court Clerks Office     Phone: ___

Fax: (314) 244-7909

Message: To whom this may concern, I am requesting one up to date copy of my docket sheet.

TO INMATE: Please fill this form out and it will be faxed to your attorney for his/her review. Due to some Attorney's not being able to accept collect calls from the jail we have developed this to assist you, the inmate, in your court proceedings. You may give your Attorney a message on this form or ask them to stop by and see you

DATE FAXED: ___

OFFICER: ___   DSN: ___