# OFFICE OF THE SHERIFF
## CRAWFORD COUNTY, MISSOURI

Darin J. Layman, Sheriff

PO Box BE, Steelville, Mo 65565
Telephone 573-775-2125
Fax 573-775-2126

### Inmate Attorney Fax Form

Name: Anjuan Mosby

Date: 12-15-2025

Court Case # : 4:24-mj-02321-JSD

Next Court Date: Unknown

Attorney: Clerks Office

Phone: N/A

Fax: (314) 244-7409

Message: I am requesting a copy of my transcripts for my initial appearance in court, along with the grand jury transcripts for Case # 4:24 MJ-02321-JSD

TO INMATE: Fill out this form and it will be faxed to your attorney for their review. Some Attorneys cannot accept collect calls from jail. We have developed this to assist you in your court proceedings. You may give your Attorney a message on this form or ask them to stop by and see you.

DATE FAXED:_____

OFFICER:_____ DSN:_____