**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-CR-633-SEP-NCC-1 |
| | ) | |
| ANJUAN Q. MOSBY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Defendant has filed a *pro se* motion for transcripts (ECF No. 112). However, Defendant is represented by counsel in this matter and "[t]here is no constitutional or statutory right to simultaneously proceed *pro se* and with benefit of counsel." *United States v. Agofsky*, 20 F.3d 866, 72 (8th Cir. 1994); *see* 28 U.S.C. § 1654.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's *pro se* motion for transcripts (ECF No. 112) is **DENIED** without prejudice subject to refiling through counsel.

/s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of December, 2025.