** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Case: 4:24-cr-00633-SEP-NCC   Doc. #: 114   Filed: 01/09/26   Page: 1 of 2 PageID
#: 278

TIME RECEIVED                REMOTE CSID      DURATION    PAGES    STATUS
January 9, 2026 at 1:14:35 AM EST                        262        8       Received

From:                    To:13142447909          01/09/2026 00:10    #031 P.001/008

# OFFICE OF THE SHERIFF
## CRAWFORD COUNTY, MISSOURI

Darin J. Layman, Sheriff

PO Box BE, Steelville, Mo 65565
Telephone 573-775-2125
Fax 573-775-2126

### Inmate Attorney Fax Form

Name: _Anjuan Mosby_                  Date: _1-08-2026_

Court Case # : _4:24-MT-02321-JSD_    Next Court Date: _Unkown_

Attorney: _Clerks office_             Phone: _N/A_

Fax: _314-244-7909_

Message: _I have a few concerns also request! first I would like to know what's the probable cause for my arrest? Next I never waived my preliminary hearing, I would like to know when will I have one? Can I get approval for a joint defense agreement._

TO INMATE: Fill out this form and it will be faxed to your attorney for their review. Some Attorneys cannot accept collect calls from jail. We have developed this to assist you in your court proceedings. You may give your Attorney a message on this form or ask them to stop by and see you.

DATE FAXED:_____

OFFICER:_____ DSN:_____

Assert Your Right to a Speedy Trial

UNITED STATES DISTRICT COURT

DISTRICT OF MISSOURI

United States    :
    Plaintiff    :    4:24 CR633 SEP/NCC
Vs.    :
    :
Anjuan Q. Mosby    :

NOTICE OF DEFENDANTS ASSERTION OF RIGHT TO SPEEDY TRIAL,
    NON-CONSENT TO ANY FURTHER CONTINUANCES AND
    OBJECTION TO CONTINUANCES THAT ARE ON THE DOCKET

1. Defendant is currently in the custody of Crawford County, located
   in Steelville at the order of the United States Attorney,
   District of Missouri.
2. The cause or pretext of the detention is an indictment.
3. Defendant respectfully re-asserts his right to a Speedy Trial.
   Furthermore, Defendant has never waived this right.
4. Defendant does not consent to any further continuances.
5. Defendant objects/disputes to continuances already on his docket
   and will raise these objections in an upcoming motion.

Signed:

    Anjuan Q. Mosby