Fire My Court Appointed Attorney

Anjuan Q. Mosby
Crawford County Jail

Attn: Honorable Judge MJ
Clerk of Courts
111 S. Tenth St
St. Louis, MO

Respected Hon. Judge MJ

I'm currently being represented by David Bruns & Cira R. Duffe and I feel the need to inform the court that my attorneys both are ineffective and I need them removed from my case. I have no confidence in their ability to ensure I get a fair chance throughout this process.

Mr. David Bruns my lawyer usurped my procured autonomy by waiving my preliminary hearing/detention hearing without consulting me and without my knowledge. A clear law (6th) amendment violation of my constitutional rights. After I had already explained to him & the courts on record at my initial appearance that I deffinitely didn't want to waive my rights.

Ms. Cira R. Duffe my lawyer claims to be experienced in her carreer, but she's very unprofessional and she never tried to get police reports (Affidavit of probable cause, Incident report, Criminal complaint and any warrant affidavits) to locate differences between my story and what is written, "State & Federal".

In the 14 months, Mr. Bruns & Ms. Duffe both has pretended to represent me, all they have accomplished is a breach of duty that has resulted in my irreparable prejudice.

4-1.1 "Competence" - He & She has not provided me with competent representation.

4-1.3 "Diligence" - They have not diligently pursued this matter on my behalf, nor have they been committed to my legal interest.

4-1.4 "Communication" - They do not keep me reasonably informed about my case & court dates. It's taken 14 months to provide discovery that I've asked for, all of which I have not received.

4-3.1 "Meritorious Claims & Contentions" - They refuse to bring my claims to the court & when they do, they ensure they're working on my behalf, but all their efforts are for government, not me. I want them removed as my attorneys, they are working with the government against me.

I politely and respectfully would like to request an attorney that will be willing to review the discovery and the merits of the case and assist me in getting the best outcome. I do not believe this is possible with Mr. Bruns & Ms. Duffe. If possible, I would like someone with previous trail experience. Thank you Your Honor.

Sincerely,

A. Mosby

Anjuan Q. Mosby