IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 4:24CR-00633-SEP-NCC-1 |
| ) | |
| ANJUAN Q. MOSBY, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

Comes now Defendant, Anjuan Mosby, by and through his attorney, Cira R. Duffe, and for his Motion for Extension of Time to File Pretrial Motions states as follows:

1. This court entered an order making Pretrial Motions due on January 20, 2026.

2. The Department of Justice is in the process of determining whether to authorize the death penalty in this case. Whether the government authorizes the death penalty or not will determine the types and content of motions to be filed.

3. Counsel requests extension to file pretrial motions for 60 days.

Wherefore, for the foregoing reasons, Defendant, Anjuan Mosby, requests this Court to issue its Order granting the request for an extension of time to complete a review of the discovery materials and to file pretrial motions, and any further relief this Court finds just and prudent under the circumstances.

        Respectfully submitted,

        /s/ Cira R. Duffe
Cira R. Duffe #49506MO
101 E. Columbia St.
Farmington, MO 63640
Telephone: 573 756 8082
Fax: 573 755 0585
E-Mail: duffe@hdp-law.com

## CERTIFICATE OF SERVICE

    Cira R. Duffe certifies that she filed Defendant's Motion for Extension of Time to file Pre-Trial Motions electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Assistant United States Attorney.

/s/ Cira R. Duffe