** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 17, 2026 at 9:25:23 AM EST | | 88 | 2 | Received |

Case: 4:24-cr-00633-SEP-NCC   Doc. #: 133   Filed: 02/17/26   Page: 1 of 2 PageID #: 365

From:                          To:13142447909              02/17/2026 08:24      #195 P.001/002

# OFFICE OF THE SHERIFF
## CRAWFORD COUNTY, MISSOURI

Darin Layman, Sheriff

PO Box BE, Steelville, Mo 65565
Telephone 573-775-2125
Fax 573-775-2126

Inmate Attorney Request Form

Name: Anjuan P. Mosby    Date: 2-15-2024

Court Case #: 4:24-MJ-02321-JSD    Next Court Date: Don't Know

Attorney: Judge Mensa    Phone: N/A

Fax: 314-244-7909

Message: I am requesting a motion for a Bill of Particulars in my case, because my lawyers aren't seeming to do it for me.

___

___

___

TO INMATE: Please fill this form out and it will be faxed to your attorney for his/her review. Due to some Attorney's not being able to accept collect calls from the jail we have developed this to assist you, the inmate, in your court proceedings. You may give your Attorney a message on this form or ask them to stop bye and see you

DATE FAXED:_____

OFFICER:_____    DSN:_____

# OFFICE OF THE SHERIFF
## CRAWFORD COUNTY, MISSOURI

Darin J. Layman, Sheriff

PO Box BE, Steelville, Mo 65565
Telephone 573-775-2125
Fax 573-775-2126

**Inmate Attorney Fax Form**

Name: Anjuan V. Mosby

Date: 2-15-2026

Court Case #: 4124-MJ-02321-JSD

Next Court Date: DONT KNOW

Attorney: Judge Mensa

Phone: N/A

Fax: 314-244-7904

Message: I AM requesting a motion to compel all the discovery evidence of production evidence against me in this matter, because my lawyers dont seem to want to file it for me.

TO INMATE: Fill out this form and it will be faxed to your attorney for their review. Some Attorneys cannot accept collect calls from jail. We have developed this to assist you in your court proceedings. You may give your Attorney a message on this form or ask them to stop by and see you.

DATE FAXED: _____

OFFICER: _____ DSN: _____