** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
Case: 4:24-cr-00633-SEP-NCC   Doc #: 134   Filed: 02/18/26   Page: 1 of 1 PageID
TIME RECEIVED                REMOTE CSID      DURATION   PAGES   STATUS
February 18, 2026 at 9:25:13 AM EST    #: 367    57        1     Received

From:                To:13142447909            02/18/2026 08:24    #203 P.001/001

# OFFICE OF THE SHERIFF
## CRAWFORD COUNTY, MISSOURI

Darin Layman, Sheriff                PO Box BE, Steelville, Mo 65565
                                         Telephone 573-775-2125
                                               Fax 573-775-2126

Inmate Attorney Request Form

Name: Hijuhn G. Mosby          Date: 2-14-2026

Court Case #: 4:24-MJ-09321-JSD    Next Court Date: Unknown

Attorney: Judge Mensa          Phone: N/A

Fax: 314-244-7909

Message: Motion to compel all the Audio & video production of my interrogation & polygraph test, And everybody elses Audio & video's of interrogation's in this case please & thanks. Also can someone let me know the deadline date to file motions? I dont trust my lawyers will tell me!!

TO INMATE: Please fill this form out and it will be faxed to your attorney for his/her review. Due to some Attorney's not being able to accept collect calls from the jail we have developed this to assist you, the inmate, in your court proceedings. You may give your Attorney a message on this form or ask them to stop bye and see you

DATE FAXED:_____

OFFICER:_____    DSN:_____