UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-CR-633-SEP-NCC-1 |
| | ) | |
| ANJUAN Q. MOSBY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

All pretrial matters in the above-named cause have been referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b).  On January 14, 2026, the undersigned held a hearing on Defendant's motion for substitution of counsel (ECF No. 115).  The matter was taken under advisement.  On January 20, 2026, February 2, 2026, and February 17, 2026, Defendant filed additional motions for substitution of counsel on grounds similar to his prior pending motion (ECF Nos. 119, 122, and 132).  On February 17, 2026, Defendant filed a *pro se* motion for bill of particulars and motion to compel (ECF No. 133) and a related supplemental pleading (ECF No. 134).  In his motions to substitute counsel, Defendant expressed his ongoing lack of trust in current appointed counsel.  He also seeks notice of any deadline set by the Court for the parties' filing of pretrial motions.

Defendant need not file additional motions seeking substitution of counsel.  Defendant's motions are pending and are under consideration by the Court.  Defendant is aware that this case presents complex legal and factual matters, including allegations of kidnapping with death resulting.  Any substitution of counsel will involve appointment of learned counsel and co-counsel.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's additional motions for substitution of counsel (ECF Nos. 119, 122, and 132) are **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court is hereby ordered to mail a copy of the docket sheet to Defendant.

/s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE

Dated this 24th day of February, 2026.