**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:24-CR-633-SEP-NCC-1 |
| ANJUAN Q. MOSBY, | ) ) ) |
| Defendant. | ) |

# ORDER

All pretrial matters in the above-named cause have been referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). On January 14, 2026, the undersigned held a hearing on Defendant's motion for substitution of counsel (ECF No. 115). The matter was taken under advisement. On January 20, 2026, February 2, 2026, and February 17, 2026, Defendant filed additional motions for substitution of counsel on grounds similar to his prior pending motion (ECF Nos. 119, 122, and 132). On February 24, 2026, the Court denied Defendant's subsequent motions for substitution of counsel (ECF No. 135).

The Court has reviewed Defendant's motion and the record and has consulted with the Federal Public Defender for the Eastern District of Missouri regarding substitute counsel. For those reasons and the reasons stated on the record on January 14, 2026, the Court will grant Defendant's motion and appoint substitute counsel.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion for substitute counsel (ECF No. 115) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is hereby ordered to mail a copy of the instant order to Defendant.

**IT IS FURTHER ORDERED** that attorneys David Bruns and Cira Duffe are terminated as counsel for Defendant.

**IT IS FINALLY ORDERED** that, contemporaneous with this order, an order appointing substitute counsel shall issue.

/s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of February, 2026.