**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 4:24-CR-00633-SEP-NCC |
| | ) | |
| ANJUAN MOSBY and | ) | |
| EMMANUEL SUAREZ, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANTS' JOINT MOTION TO CONTINUE THE DEADLINE FOR
SUBMITTING A SCHEDULING ORDER, BY CONSENT**

COME NOW Defendants Mosby and Suarez, by and through their undersigned counsel, and for and in support of their joint motion to continue the deadline for submitting a joint scheduling order, state as follows:

1.      The Court has set a deadline of August 14, 2026, to file a joint proposed scheduling order. (R. Doc. 182).

2.      Counsel for both defendants and the Government have conferred and agree that deadline is premature and should be extended 122 days to December 14, 2026.

3.      In support of this extension, the parties agree as follows:

   a. Learned Counsel for Defendant Suarez, Christopher W. Adams, was only appointed on July 13, 2026 (R. Doc. 186) and needs time to come up to speed on the case, obtain and review the case materials, and finalize and meet with his team and Mr. Suarez.

b.  The attorney team for Defendant Anjuan Mosby was substituted in its entirety in late-February 2026 (R. Docs. 136, 137, and 138) and those attorneys continue to come up to speed on the case, assemble and work with their teams, and meet with Mr. Mosby.

c.  The Government and the Defense will need additional time to discuss the nuances and structure of an eventual case schedule (whether such schedule comprehensive or partial, dividing the case into distinct portions).

4.  Both Defendants remain incarcerated in pre-trial detention, are aware of their rights under the Speedy Trial Act and waive those rights.

5.  The ends of justice served by granting this continuance outweigh the rights and interests of all parties and the public in a Speedy Trial.

6.  Granting such a continuance will not prejudice any party.

7.  The United States has been notified that this motion would be filed and consents to the requested extension.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the deadline for filing a joint scheduling plan in this matter be continued 122-days to December 14, 2026; and for such further relief as the Court may deem just and proper in the premises.

Respectfully submitted,

NEWTON BARTH, L.L.P

By:   */s/ Talmage E. Newton IV*
      Talmage E. Newton IV, MO56647
      talmage@newtonbarth.com
      555 Washington Ave., Ste. 420
      St. Louis, Missouri 63101
      (314) 272-4490 – Office
      (314) 762-6710 – Facsimile

      *Attorney for Defendant Suarez*


      OFFICE OF THE FEDERAL PUBLIC
      DEFENDER – FEDERAL CAPITAL
      TRIAL PROJECT


By:   /s/ Kelson Ford Bohnet (with consent)
      Kelson Ford Bohnet, ks28673
      kelson_bohnet@fd.org
      632 S.W. Van Buren Street, Suite 200
      Topeka, KS 66603
      (615) 986-2014 – Telephone

      *Attorney for Defendant Mosby*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically served on all parties of record and filed with the court via the court's e-filing System on this 4th day of August, 2026.

      */s/ T.E. Newton IV*