**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Case No. 4:24-cr-00633-SEP-NCC-1** |
| **ANJUAN Q. MOSBY,** | ) | |
| **Defendant.** | ) | |

**<u>MOTION FOR STANDING ORDER TO ALLOW COUNSEL ACCESS TO EX PARTE PLEADINGS FILED ON BEHALF OF MR. MOSBY</u>**

COMES NOW, Anjuan Q. Mosby, by and through appointed counsel, Kelson Bohnet and Arimeta DuPree, and moves this Court, to grant Mr. Mosby's Appointed Counsel access to sealed and ex parte pleadings filed on behalf of Mr. Mosby. In support of this motion, Counsel states the following:

1. On June 3, 2026, Mr. Mosby was charged by way of superseding indictment with Count One - kidnapping resulting in death, in violation of 18 U.S.C. § 1201(a) and Count Two – unlawful possession of a firearm, in violation of 18 U.S.C. § 922(g). (ECF No. 157).
2. On June 3, 2026, the United States filed its Notice of Intent to kill Mr. Mosby. (ECF No. 159).
3. On July 9, 2026, August 5, 2026 and August 6, 2026, Counsel for Mr. Mosby filed ex parte pleadings with this Court. (ECF No. 183, 184, 189, and 192).
4. Counsel requests file stamped copies of those ex parte pleadings.
5. Counsel asserts it is imperative for Appointed Counsel to have file stamped copies of all pleadings filed on behalf of Mr. Mosby.

6. Based on Counsel's review of the Docket, Counsel respectfully requests access to the file stamped pleadings contained in the following ECF Document Numbers:
    a. 183
    b. 184
    c. 189
    d. 192
7. The Court entering a standing Order granting access to file stamped ex parte pleadings filed on behalf Mr. Mosby will promote Mr. Mosby's constitutional guarantee of effective assistance of counsel.

Wherefore, Counsel for Mr. Mosby, respectfully requests this Court, grant Appointed Counsel a standing Order to gain access to file stamped ex parte pleadings found at ECF No. 183, 184, 189 and192, filed on behalf of Mr. Mosby and access to all future file stamped ex parte pleadings filed on behalf of Mr. Mosby with any additional relief the court deems fair and just.

Respectfully Submitted,
*Counsel for Mr. Mosby*

*/s/ Kelson Bohnet*
Kelson Bohnet, #28673(KS)
Capital Resource Counsel
Office of the Federal Public Defender
632 S.W. Van Buren St., Suite 200
Topeka, KS 66603
T: 615/986-2014
E: Kelson_Bohnet@fd.org

*/s/ Arimeta DuPree*
Arimeta R. DuPree, #56313(MO)
Appointed CJA Counsel
A. DUPREE & ASSOCIATES LLC
324 E. 11th St., Suite 1609
Kansas City, MO 64106
T: 816/521-0783
E: dupree@adupreelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Assistant United States Attorney.

*/s/ Arimeta R. DuPree*
Arimeta R. DuPree